No. 04–1404. WORLDWIDE BASKETBALL & SPORT TOURS, INC., ET AL. *v.* NATIONAL COLLEGIATE ATHLETIC ASSN. C. A. 6th Cir. Certiorari denied.

No. 04–1408. SMITH ET AL. *v.* UNIVERSITY OF WASHINGTON LAW SCHOOL ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1409. STEUBENVILLE CITY SCHOOLS ET AL. *v.* BARRETT. C. A. 6th Cir. Certiorari denied.

No. 04–1411. SIBLEY *v.* SIBLEY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–1415. UNITED STATES EX REL. GARIBALDI ET AL. *v.* ORLEANS PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 04–1421. LEGRAND *v.* AREA RESOURCES FOR COMMUNITY AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 04–1423. ALTERNATE POWER SOURCE, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–1427. ROSS ET AL. *v.* CITIFINANCIAL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1438. DRURY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1445. THOMPSON *v.* UNITED STATES; and
No. 04–9907. JENKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–1452. LOCAL 464A UFCW WELFARE REIMBURSEMENT PLAN *v.* PASCACK VALLEY HOSPITAL, INC. C. A. 3d Cir. Certiorari denied.

No. 04–1455. U. S. BANCORP, N. A., ET AL. *v.* OREGON DEPARTMENT OF REVENUE. Sup. Ct. Ore. Certiorari denied.

No. 04–1459. SOUTHCO, INC. *v.* KANEBRIDGE CORP. C. A. 3d Cir. Certiorari denied.